Morris FARROW, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79414.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 23, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 13, 2001.

Application for Transfer Denied
Jan. 22, 2002.

tuted as Respondent.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Morris Farrow ("Movant") appeals from the circuit court's judgment denying his Rule 24.035 motion to vacate, set aside or correct his judgment or sentence without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a brief memorandum, for their use only, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

Susan L. Hogan, Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE, Judge and JOSEPH M. ELLIS, Judge.